UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

CIVIL ACTION NO. 3:07CV-336-H

RANDALL ELAM                                                                                      PLAINTIFF

and

KENTUCKY EMPLOYERS' MUTUAL INSURANCE              INTERVENING
                                                                                                                  PLAINTIFF

V.

JLG INDUSTRIES, INC., and
NATIONSRENT, INC.                                                                               DEFENDANTS

**MEMORANDUM OPINION AND ORDER**

Plaintiff has moved to remand on the grounds that Defendants took substantial steps to advance their cause after the case became removable. Plaintiff argues that Defendants waived their right to remove by these actions.

The circumstances arose when Baynum Painting, a former defendant, moved for summary judgment in state court. Success would result in the case being removable based upon diversity of citizenship. Indeed, Defendants notified Plaintiff that they intended to remove if that motion succeeded. While the parties waited for a ruling, discussion about discovery commenced. The parties apparently scheduled an inspection of the boom lift for June 26, 2007, and a deposition of Plaintiff for the following day. The Circuit Court eventually granted the summary judgment; however, confusion developed about the precise scope of the order. Not until June 25 did the Court finally clarified its order. The inspection and the deposition went forward as scheduled. On June 29, Defendants removed.

The Court concludes that the mere act of making discovery arrangements and proceeding with the product inspection and a deposition in these circumstances does not demonstrate an intent to waive the right to remove. Defendants had stated their intention to remove. The sequence of the summary judgment and previously scheduled events suggests that proceeding with those events was both reasonable and professional. No Sixth Circuit authority supports a conclusion that Defendants have waived their right to remove in these circumstances. The Court finds no other impediment to federal jurisdiction.

Being otherwise sufficiently advised,

IT IS HEREBY ORDERED that Plaintiff's motion to remand is DENIED.

cc:     Counsel of Record